```
Nancy Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 950
Los Angeles, CA  90014
(213) 689-3014   FAX (213) 689-3055
```

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re: ) Case No.: 2:07-bk-10351-VK
)
   Valle, Ena ) TRUSTEE'S NOTICE OF
) UNCLAIMED DIVIDEND
) (Bankruptcy Rule 3011)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 625916 in the sum of $104.58 representing the total amount of unclaimed dividend in the above-entitled debtor's estate. The check was not deliverable at the address of record. The Trustee, after due diligence, has not been able to locate the payee. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The record reflects the name and address of the party entitled to said unclaimed dividend to be:

    Seon & Thora Outram
    9312 S. Manhattan Place
    Los Angeles, CA  90047

Date: September 22, 2010

                                                    NANCY CURRY

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1 -

Nancy Curry Chapter 13 Trustee                                          Check No. 625916

Pay to: 50003300  U.S. BANKRUPTCY COURT

Please notify us of any changes to your claim (e.g. account number, address, claim assignment)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 0710351-VK | 418-0 | VALLE, ENA | 03B01593 | 0.00 | 104.58 | 0.00 | 104.58 |

---

August 16, 2010

**Nancy Curry**
**Chapter 13 Trustee**
606 S. Olive ST., Suite 950
Los Angeles, CA 90014

Disbursement Account
**Suntrust Bank**

64-79 / 611

No. 625916

PAY **One Hundred Four Dollars and 58 Cents***********************
TO THE ORDER OF

AMOUNT ************$104.58 ***

VOID AFTER November 14, 2010

U.S. BANKRUPTCY COURT
FISCAL DEPT.
255 E. TEMPLE STREET, RM 1067
LOS ANGELES, CA 90012

*Nancy Curry* (signature)

⑈625916⑈ ⑆061100790⑆ 000000575200 ⑈